UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 NOV -2 PM 4: 54
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR625-BEN |
| v. | JUDGMENT AND COMMITMENT |
| ARTURO IBARRA | GERALD T. McFADDEN, CJA |
| | Defendant's Attorney |

REGISTRATION NO. 89633198

VIOLATION: 18:111(a) - Assault on a Federal Officer, a Class A misdemeanor.

__x__ Defendant pleaded guilty to count 1 of the Superseding Information.
__x__ Count(s) _remaining_ dismissed on the government's oral motion.

### JUDGMENT AND COMMITMENT

__x__ Defendant is adjudged guilty on count 1 of the Superseding Information

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of 9 months.

__x__ SUPERVISED Release for a term of 1 year
on the following conditions:
__x__ Obey all laws, Federal, State and Municipal.
__x__ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.
__x__ Submit to a search of person, property, residence, abode or vehicle, at a reasonable time & in a reasonable manner, by the probation officer.
__x__ Not enter or reside in the Republic of Mexico without permission of the probation officer.
__x__ Not possess any firearm, destructive device or any other dangerous weapon.
__x__ Participate in a program of drug or alcohol abuse treatment, including drug testing & counseling, as directed by the court and/or the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer based on ability to pay.
__x__ Reside in a Residential Recovery Center (RCC) as directed by the Bureau of Prisons for a period of 90 days (3 months) commencing upon release from imprisonment.
__x__ Penalty assessment of $ 25.00
__x__ Fine waived     ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

November 1, 2007
Date of Imposition of Sentence

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE
Entered on: